UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD LOUIS,

          Plaintiffs,

Case No. 10-10833

vs.

HON. GEORGE CARAM STEEH

INTERSTATE CHEMICALS,

          Defendants.

_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 24, 2010 the Court entered an Order to Show Cause by September 7, 2010 to Plaintiffs, why this action should not be dismissed for lack of prosecution.

To date the Court has received no written response. Therefore,

IT IS ORDERED that this case is dismissed without prejudice.


Dated: September 10, 2010

          s/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 10, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk